Murrell's adm'r v. McCallister.

CASE 15—MOTION TO DISMISS APPEAL—JANUARY 23.

# Murrell's adm'r v. McCallister.

APPEAL FROM HENDERSON CIRCUIT COURT.

1. There is no provision of the Code authorizing a dismissal of an appeal in cases arising under chapter 3, title 10, where the entire record is unnecessarily brought to this Court.
2. But the appellant, if he bring up the entire record when it is not necessary, shall pay the costs, although the judgment may be reversed.

MESSRS. WILLIAMS & POWERS FOR APPELLANT.

S. B. VANCE FOR APPELLEE.

CHIEF JUSTICE PRYOR DELIVERED THE OPINION OF THE COURT.

This is a proceeding under chapter 3 of title 10, Civil Code, with the entire record in this Court. There is no provision or section of the Code authorizing the dismissal of an appeal taken under this section, when the whole record is brought up. It was to prevent subjecting the parties interested to the payment of the costs for copying the entire record in such cases, and to relieve the Court from the consideration of much surplus matter, that litigants are allowed to bring so much of the record here in this class of cases as will enable this Court to consider all the pleadings and evidence relating to the question made. If a party sees proper to bring the entire record, he can do so, but must pay the entire cost, although the judgment may be reversed.

The motion to dismiss is overruled.